IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
DEC 3 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV

| | |
|---|---|
| CRAIG A. LIEBIG, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 5:07cv136 |
| WAYNE A. PHILLIPS, Warden, | ) |
| Respondent. | ) |

## ORDER

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: December 3, 2007

UNITED STATES MAGISTRATE JUDGE